Certificate Number: 14424-NJ-DE-036001261

Bankruptcy Case Number: 21-17084



14424-NJ-DE-036001261

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2021, at 8:50 o'clock PM EDT, Elise S Wajid completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  September 18, 2021              By:   /s/Edsie Lim

                                       Name: Edsie Lim

                                       Title: Certified Personal Finance Counselor