Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  21−17084−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elise S. Wajid
   aka Elise Sara Wajid, fka Elise S. Plotkin
   411 Longfellow Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−7480

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 18, 2021.

Dated: November 18, 2021
JAN:

                           Jeanne Naughton
                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 21-17084-JNP
Elise S. Wajid                                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                                    Page 1 of 2
Date Rcvd: Nov 18, 2021                        Form ID: plncf13                              Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elise S. Wajid, 411 Longfellow Drive, Williamstown, NJ 08094-3205 |
| 519302003 | + | Five Points Shopping Center Assoc., LP, C/O Pennmark Mgmt. Co., Inc., 1000 Germantown Pike, Suite A-2, Plymouth Meeting, PA 19462-2481 |
| 519348793 | + | M&T Bank, P.O Box 1508, Buffalo, NY 14240-1508 |
| 519302007 | + | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519311466 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519302009 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519306069 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 18 2021 20:28:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519302002 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 18 2021 20:28:00 | Citizens One, Consumer Loan Servicing, PO Box 42033, Providence, RI 02940-2033 |
| 519302001 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 20:34:04 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519318104 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2021 20:34:20 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519302004 | | Email/Text: FMClaims@Firstmarkservices.com | Nov 18 2021 20:28:08 | FM/Citizens, PO Box 82522, Lincoln, NE 68501-2522 |
| 519302005 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2021 20:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519302006 | | Email/Text: camanagement@mtb.com | Nov 18 2021 20:28:00 | Manufacturers & Traders Trust Co., 1100 Wehrle Drive, 2nd Floor, Williamsville, NY 14221 |
| 519359550 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2021 20:34:20 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519334644 | + | Email/Text: DeftBkr@santander.us | Nov 18 2021 20:29:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 519302008 | + | Email/Text: DeftBkr@santander.us | Nov 18 2021 20:29:00 | Santander Bank, NA, 601 Penn Street, Reading, PA 19601-3563 |

TOTAL: 12

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: plncf13 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Elise S. Wajid rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5