Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 21-17084 (JNP)**

Elise S. Wajid
411 Longfellow Drive
Williamstown, NJ  08094

Monthly Payment: $275.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/2021 | $275.00 | 11/01/2021 | $275.00 | 12/01/2021 | $275.00 | 12/30/2021 | $275.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ELISE S. WAJID | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,313.00 | $755.70 | $3,557.30 | $0.00 |
| 1 | CAPITAL ONE BANK USA, N.A. | 33 | $7,832.99 | $0.00 | $7,832.99 | $0.00 |
| 2 | CITIZENS BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FIRSTMARK SERVICES | 33 | $24,372.89 | $0.00 | $24,372.89 | $0.00 |
| 4 | FIVE POINTS SHOPPING CENTER ASSOC., LP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | M & T BANK | 33 | $12,545.78 | $0.00 | $12,545.78 | $0.00 |
| 7 | ROCKET MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | SANTANDER BANK, N.A. | 33 | $34,874.36 | $0.00 | $34,874.36 | $0.00 |
| 9 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | M & T BANK | 33 | $10,179.90 | $0.00 | $10,179.90 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $8,309.25 | $0.00 | $8,309.25 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2021 | 21.00 | $275.00 |
| 07/01/2023 | 15.00 | $650.00 |
| 10/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $1,100.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $251.90 |
| Arrearages: | ($275.00) |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**