Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-17084 (JNP)

Elise S. Wajid  
411 Longfellow Drive  
Williamstown, NJ  08094

Monthly Payment: $275.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/2022 | $275.00 | 03/02/2022 | $275.00 | 03/30/2022 | $275.00 | 05/02/2022 | $275.00 |
| 05/31/2022 | $275.00 | 06/30/2022 | $275.00 | 09/30/2022 | $275.00 | 10/31/2022 | $275.00 |
| 12/01/2022 | $275.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ELISE S. WAJID | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,313.00 | $3,273.60 | $1,039.40 | $755.70 |
| 1 | CAPITAL ONE BANK USA, N.A. | 33 | $7,832.99 | $0.00 | $7,832.99 | $0.00 |
| 2 | CITIZENS BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FIRSTMARK SERVICES | 33 | $24,372.89 | $0.00 | $24,372.89 | $0.00 |
| 4 | FIVE POINTS SHOPPING CENTER ASSOC., LP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | M & T BANK | 33 | $12,545.78 | $0.00 | $12,545.78 | $0.00 |
| 7 | ROCKET MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | SANTANDER BANK, N.A. | 33 | $34,874.36 | $0.00 | $34,874.36 | $0.00 |
| 9 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | M & T BANK | 33 | $10,179.90 | $0.00 | $10,179.90 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $8,309.25 | $0.00 | $8,309.25 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Case 21-17084-JNP    Doc 28    Filed 01/26/23    Entered 01/26/23 22:52:55    Desc Main
Document      Page 2 of 2

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2021 | 2.00 | $0.00 |
| 12/01/2021 | Paid to Date | $825.00 |
| 01/01/2022 | 6.00 | $275.00 |
| 07/01/2022 | 2.00 | $0.00 |
| 09/01/2022 | 10.00 | $275.00 |
| 07/01/2023 | 2.00 | $0.00 |
| 09/01/2023 | 10.00 | $650.00 |
| 07/01/2024 | 2.00 | $0.00 |
| 09/01/2024 | 5.00 | $650.00 |
| 02/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,475.00 |
| Total paid to creditors this period: | $755.70 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $0.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**