# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*
*Jennifer R. Gorchow, Staff Attorney*
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**
*Jennie P. Archer\**
*Kelleen E. Stanley\**
*Kimberly A. Talley\**

*\*Certified Bankruptcy Assistant*
*†Fellow, American College of Bankruptcy*

January 27, 2023

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

      **RE:**    **Chapter 13 Bankruptcy**
                **Case No. 21-17084 (JNP)**
                **Debtor(s) Name: Elise S. Wajid**

Dear Judge Poslusny:

      Please accept this letter in lieu of a more formal response and in opposition to Debtor's Motion to Approve Post-Petition Financing, which is returnable February 14, 2023, at 11 a.m.

      Debtor filed a Chapter 13 Petition on September 8, 2021, with the assistance of Richard S. Hoffman, Esquire. The Court entered an Order Confirming Debtor's plan on November 18, 2021, at $275 for twenty-one (21) months then $650 for fifteen (15) months to pay administrative fees of $4,313, and a pro rata dividend to the unsecured creditors who timely filed a proof of claim. Debtor filed a modified plan on November 24, 2021, adjusting tier plan payment as she is a 10-month employee, and extending the length of plan to forty (40) months. The Court entered an Order Confirming Modified Plan on January 5, 2022 (Doc. 23).

      Debtor comes before the Court sixteen (16) months after her Chapter 13 bankruptcy proceeding was filed on a Motion to Approve Post-Petition Financing. Debtor requesting a loan amount of $207,570 at a rate of 4.75% with monthly payments of $1,854 with Rocket Mortgage. The loan will pay off existing mortgage and Debtor will receive $48,199 cash at closing. Debtor certifies that due to inflation, her expenses have increased; therefore, she will utilize the proceeds to pay her monthly expenses. The Trustee objects.

      On September 8, 2021, Debtor filed Schedules I and J with the Court (Doc No. 1). Line 4 of Schedule J lists a monthly mortgage payment of $1,431.93 and reflects a net income of $281.11. Debtor's new monthly mortgage payment will increase by $422.07 leaving a monthly deficit of $140.96. The Trustee further notes that the expenses listed on Schedule J are already sparce and unrealistic for a family of three. While Debtor is current with her plan payments, her payment history demonstrates her struggle to submit regular monthly plan payments to the

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Trustee.  (See copy of Trustee Report dated January 26, 2023, attached hereto.)

     Debtor has a tier plan with her payments to the Trustee.  On September 1, 2023, the Trustee payment will increase from $275 to $650.00.  Debtor has not filed Amended Schedule I and/or J to show how the additional monthly expense will be feasible.

     Based on the foregoing, it does not appear that the refinance of Debtor's mortgage is in her best interest absent the filing of Amended Schedules I and J and submission of updated income to prove feasibility.

     As always, the Court is welcome to contact the Trustee and/or her staff with any questions or concerns.

                          Respectfully submitted,

                          /s/ Jane L. McDonald
                          Jane L. McDonald
                          Counsel for Isabel C. Balboa
JLM/kt                        Chapter 13 Standing Trustee
cc:    Richard S. Hoffman, Esquire (Via ECF/CM)
       Elise S. Wajid (Via regular mail)

Cherry Tree Corporate Center                                                        **Payments Only:**
535 Route 38
Suite 580                                                                            **P.O. Box 1978**
Cherry Hill, NJ 08002                                                                **Memphis, TN 38101-1978**
(856) 663-5002

Page **2** of **2**