Order Filed on February 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**RICHARD S. HOFFMAN, JR., ESQ. (#RH-9353)**<br>**HOFFMAN DiMUZIO**<br>**A Partnership of Professional Corporations**<br>412 Swedesboro Road<br>Mullica Hill, New Jersey 08062<br>(856) 694-3939<br>Attorneys for Debtor | |
| In Re:<br><br>ELISE S. WAJID<br><br>Debtor | Case No.:        21-17084<br>Hearing Date:   2/14/2023 @ 11:00am<br>Judge:              JNP |

## ORDER APPROVING FINANCING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 21, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtors: Elise J. Wajid
Case No.: 21-17084/JNP
**Caption of Order:** **Order Approving Financing**

This matter having been opened to the Court by Richard S. Hoffman, Jr., Esquire, of the Law Firm of Hoffman DiMuzio, attorneys for Debtor, Elise S. Wajid, for an Order Approving Financing, and any related responses or objections, and for good cause appearing therefore, it is hereby:

ORDERED that the debtor hereby is allowed to obtain financing via a refinancing mortgage agreement with Rocket Mortgage, LLC pursuant to the terms outlined in the debtor's certification in support of the motion; and it is further

ORDERED that either the debtor or Rocket Mortgage, LLC shall be allowed to take any necessary actions to record the transaction with local governmental authorities; and it is further

ORDERED that debtor is authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall continue to make payments under the Plan as confirmed; and it is further

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order is not applicable; and it is further

ORDERED that debtor shall submit payments via wage order or TFS Bill Pay starting immediately, and shall provide proof of same to the Trustee within 14 days.