Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 21−17084−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elise S. Wajid
   aka Elise Sara Wajid, fka Elise S. Plotkin
   411 Longfellow Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−7480

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               November 15, 2024
Time:              10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*38* − Certification in Opposition to (related document:37 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 10/2/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Richard S. Hoffman Jr. on behalf of Elise S. Wajid. (Hoffman, Richard)

and transact such other business as may properly come before the meeting.


Dated: September 19, 2024
JAN: kvr

                                                                                                  Jeanne Naughton
                                                                                                    Clerk