Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-17084 (JNP)

Elise S. Wajid  
411 Longfellow Drive  
Williamstown, NJ  08094

Monthly Payment: $1,300.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2024 | $650.00 | 01/30/2024 | $650.00 | 03/01/2024 | $650.00 | 04/01/2024 | $650.00 |
| 04/30/2024 | $650.00 | 09/30/2024 | $650.00 | 10/30/2024 | $650.00 | 12/31/2024 | $1,300.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ELISE S. WAJID | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,313.00 | $4,313.00 | $0.00 | $1,039.40 |
| 1 | CAPITAL ONE, N.A. | 33 | $7,832.99 | $551.09 | $7,281.90 | $223.74 |
| 2 | CITIZENS BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FIRSTMARK SERVICES | 33 | $24,372.89 | $1,714.80 | $22,658.09 | $696.26 |
| 4 | FIVE POINTS SHOPPING CENTER ASSOC., LP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | M & T BANK | 33 | $12,545.78 | $882.62 | $11,663.16 | $358.34 |
| 7 | ROCKET MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | SANTANDER BANK, N.A. | 33 | $34,874.36 | $2,453.51 | $32,420.85 | $996.15 |
| 9 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | M & T BANK | 33 | $10,179.90 | $716.20 | $9,463.70 | $290.78 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $8,309.25 | $584.60 | $7,724.65 | $237.34 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2021 | 37.00 | $0.00 |
| 11/01/2024 | Paid to Date | $12,375.00 |
| 12/01/2024 | 2.00 | $1,300.00 |
| 02/01/2025 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $5,850.00 |
| Total paid to creditors this period: | $3,842.01 |
| Undistributed Funds on Hand: | $1,170.00 |
| Arrearages: | $0.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**