| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: <br><br>ELISE SARA WAJID <br>aka ELISE S PLOTKIN <br>                    Debtor | Case No.: | 21-17084 |
| | Adversary No.: | |
| | Chapter: | 13 |
| | Judge: | Jerrold N Poslusny Jr |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Santander Bank, N.A., creditor
(Example: John Smith, creditor)

Old address:  450 Penn Street
              MC: PA-450-FB1
              Reading, PA 19602

New address:  1130 Berkshire Boulevard
              MC: PA-WYO-BKR2
              Wyomissing, PA 19610

New phone no.: 610-988-0977
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  1/27/2025                    /s/Lynn A Grimm
                                    Signature

rev.8/1/2021

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Lynn A Grimm<br>Bankruptcy Administrator<br>Santander Bank, N.A.<br>1130 Berkshire Blvd<br>MC: PA-WYO-BKR2<br>Wyomissing, PA 19610<br><br>In Re:<br>ELISE SARA WAJID<br>aka  ELISE S PLOTKIN<br>                    Debtor | Case No.:    21-17084<br><br>Chapter:    13<br><br>Adv. No.:  _____<br><br>Hearing Date:  _____<br><br>Judge:    Jerrold N Poslusny Jr |

## CERTIFICATION OF SERVICE

1. I, Lynn A Grimm :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☑ am the  creditor  in the this case and am representing myself.

2. On   January 27, 2025  , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    
    Notice of Change of Address

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  01/27/2025                              /s/Lynn A Grimm
                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ELISE SARA WAJID<br>411 LONGFELLOW DR<br>WILLIAMSTOWN, NJ 08094-3205 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| ANDREW B FINBERG<br>535 ROUTE 38 STE 580<br>CHERRY HILL, NJ 08002-2977 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| RICHARD S HOFFMAN<br>Rshoffman@hoffmandimuzio.com | Debtor Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |