UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty.**
**I.D.# 36334-2021)**
**520 Walnut Street, Suite 1355**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 041693215**
Attorneys for Movant: Citizens Bank, N.A.

Order Filed on March 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN re:

Elise S. Wajid
      Debtor

Case No.: 21-17084-JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is

hereby **ORDERED**

**DATED: March 11, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Elise S. Wajid

Case No: 21-17084-JNP

Caption of Order: ORDER VACATING STAY

Upon the motion of **Citizens Bank, N.A.**, or its successors or assignees, under Bankruptcy Code §362(a) for relief from the automatic stay, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to pursue the Movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

☐      Real property more fully described as:

☑      Personal property more fully described as:

2017 Toyota Highlander bearing VIN # 5TDJZRFH6HS429258

It is further ORDERED that the movant may join the debtor, and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that Movant is permitted to file an Amended Proof of Claim to adjust their claim to an unsecured claim reflecting any deficiency balance that may arise following the disposition of the collateral.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the Motion.